IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                  CASE NO.: 3:06cr458/RV

DAVID ESQUIVEL,
ALEJANDRO MILLAN,
DAVID ARTURO RAMIREZ,
and
ROLANDO GARCIA
_____/

## ORDER OF REFERENCE

The court has been informed that defendant in the above-styled case, Alejandro Millan, wishes to enter a guilty plea and consents to having the guilty plea proceedings conducted by a United States Magistrate Judge. Pursuant to the provisions of 28 U.S.C. § 636(b)(3) and Loc. R. 72.3, it is hereby

ORDERED that the above-captioned criminal case be referred to the Honorable Elizabeth Timothy, United States Magistrate Judge, to conduct all of the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to a guilty plea and to make a recommendation to the District Judge concerning acceptance or rejection of the guilty plea.

**DONE AND ORDERED** this 2nd day of February, 2007.

/Roger Vinson
**ROGER VINSON**
**Senior United States District Judge**