IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                          Case No.  3:06cr458/RV

ALEJANDRO MILLAN

_____

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, ALEJANDRO MILLAN, to Count I of the Indictment is hereby **ACCEPTED**.  All parties shall appear before this Court for sentencing as directed.

**DONE and ORDER** this 16th day of February 2007.

                                                       /s/ *Roger Vinson*
                                                       **ROGER VINSON**
                                                       **SENIOR UNITED STATES DISTRICT JUDGE**